FILED BY_____D.C.

JUL 29 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20405-CR-MIDDLEBROOKS/MCALILEY**

CASE NO. _____

IN RE SEALED INDICTMENT

_____ /

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully requests that the indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of any indictment, arrest warrants, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reasons that some of the named defendants may flee and the integrity of the ongoing investigation may be compromised should knowledge of this indictment become public. The United States is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
DWAYNE E. WILLIAMS
Assistant United States Attorney
Fla Bar No.: 125199
United States Attorney's Office
99 NE 4th Street, 5th Floor
Miami, FL 33132
Tel.: 305.961.9163
Email: dwayne.williams@usdoj.gov