UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-20405-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN ALEXANDER VAN AREM,
ANTHONY GRAEME GOLDSTEIN,
LYNN RICHARD HINDS,
DONOVON T. STILTNER,
IGOR JAMES WEISBROT,
WAYNE SCOTT SIMPSON and
STANELY HERBERT JOHNSON,

        Defendant(s).
_____/

## SEALED ORDER TRANSFERRING DEFENDANTS TO FUGITIVE STATUS

The Indictment in this case was filed on July 19, 2021. It appearing to the court that the above-named defendants are fugitives from justice, it is therefore,

**ORDERED AND ADJUDGED** that the Clerk of Court shall remove this case from the Court's Pending Case List and shall place the defendant(s) on the Clerk's Fugitive Case List.

**DONE AND ORDERED** at West Palm Beach, Florida, this 6th day of October, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    AUSA Dwayne Edward Williams